**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 3:25-CR-00066 (SFR) |
| | ) | |
| v. | ) | |
| | ) | |
| KENYA BROWN | ) | |
| | ) | |
| | ) | May 6, 2026 |

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS

Sarah F. Russell, United States District Judge:

Having reviewed the recording of the change of plea proceeding held on May 1, 2026, the Plea Agreement, ECF No. 228, and Magistrate Judge Richardson's Findings and Recommendations, ECF No. 230, I hereby accept and adopt Judge Richardson's finding that Defendant Kenya Brown's plea of guilty was knowingly and voluntarily made and is supported by an adequate factual basis, including an executed stipulation of offense conduct. Accordingly, the recommendation that the Defendant's plea of guilty be accepted is adopted, and a finding of guilty will enter forthwith as to Count One of the Indictment. Sentencing will proceed on August 3, 2026, at 10:30 a.m.

**SO ORDERED** at New Haven, Connecticut, this 6th of May, 2026.

 /s/ Sarah F. Russell
SARAH F. RUSSELL
UNITED STATES DISTRICT JUDGE